FILED
2006 Dec-04 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY J. CABLE, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | CV-06-RDP-RRA-4788-NE |
| | ] | |
| THE ALABAMA BOARD OF | ] | |
| PARDONS AND PAROLES, et al., | ] | |
| | ] | |
| Respondents. | ] | |

### NOTICE OF DEFICIENT PLEADING

The petitioner's pleading is deficient for the reason(s) indicated below.  The petitioner must correct the deficient pleading within thirty (30) days from the entry date of this order.

The petitioner has failed to clearly identify the conviction he is attacking by court of conviction, charge and date of conviction (e.g., Jefferson County Circuit Court, robbery, February 12, 1995).  Petitioner must therefore file an amended habeas petition **clearly identifying the court of conviction**, charge and date of conviction. The petitioner should also identify the conviction by the case number and should clarify whether he is attacking an actual conviction or a parole revocation.  The petitioner should note that he may not attack both the underlying conviction and and a parole revocation in a single petition.

**If the petitioner fails to correct the deficient pleading in compliance with this notice within thirty (30) days from the entry date of this notice, the court will dismiss this case for want of prosecution.  Fed.R.Civ.P. 41(b).**

The Clerk is DIRECTED to serve a copy of this notice upon the petitioner.

DONE this the 4th day of December, 2006.

_____
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE