FILED

2006 DEC -8 PM 1:07

...CT COURT
...ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ANTHONY J. CABLE,

    Petitioner,

                                           CV-06-RDP-RRA-4788-NE

Vs.

THE ALABAMA BOARD OF
PARDONS AND PAROLES, et al.,

    Respondents.

### AMENDMENT TO HABAEAS CORPUS PETITION

    Come now the petitioner Anthony J. Cable pursuant to the order of this honorable court, which this court found petition to be deficient in the original pleading. Herein the petitioner now amends his petition as ordered, and states the following;

1. The petitioner is only attacking a parole revocation in this petition. *Case # CV 04-480 Circuit Court of Montgomery County (writ of certiorari); Court of Crim. Appeals No. CR 05-1028*

2. The court will find attached herein page (2), which have been supplemented to the original petition. (See attached)

Respectfully Submitted,

/s/ Anthony J. Cable

Date: Dec. 6, 2006

(3)  Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4)  If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5)  Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6)  Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7)  When the petition is fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8)  Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   *Alabama Board of Pardons and Paroles Montgomery, Alabama*

2. Date of judgment of conviction   Parole Revoked July 24th 2002   *CASE # CV 04-480*

3. Length of sentence   Five Years

4. Nature of offense involved (all counts)   Violation of Condition No.7-New Offense; 1.Violation of Community Notification Act;2. Possession of Controlled Substance; and 3. Receiving Stolen Property.

5. What was your plea?    (Check one)
   (a) Not guilty  [X]
   (b) Guilty  [ ]
   (c) Nolo contendere  [ ]
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:   N/A

6. Kind of trial: (Check one)
   (a) Jury  [ ]
   (b) Judge only  [X]

7. Did you testify at the trial?
   Yes [X]    No [ ]

8. Did you appeal from the judgment of conviction?

-2-