FILED
07 JAN -5 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

ANTHONY J. CABLE,
    Petitioner,

Vs.                                      Case No. CV-06-RDP-RRA-4788-NE

THE ALABAMA BOARD OF
PARDONS AND PAROLES, et al.,
    Respondents.

## MOTION TO AMEND

Comes now the plaintiff Anthony J. Cable in the above style cause, and respectfully ask this honorable court to allow plaintiff to amend to his claim the following:

## CLAIM XIV

Plaintiff alleges that on or about July 5th 2002, plaintiff acknowledged to defendant Bridget McGraw, he had witnesses for his parole court hearing dated July 12th 2002. On or about July 12th 2002, plaintiff was present with counsel for his parole court hearing in which he had witnesses available to give testimony for his defense. Plaintiff's witnesses were not allowed to testify. Plaintiff's counsel also had documentary evidence in which he attempted to present as evidence for plaintiff's defense. This evidence was not permitted to be presented in plaintiff's parole court hearing. Defendant T.C. Bill, which sat in as the hearing officer refused to allow plaintiff's witnesses and documentary evidence for plaintiff's defense during parole court hearing. This parole court hearing was used by the Alabama Board of Pardons and Paroles to revoke the parole of plaintiff Anthony J. Cable. The actions of defendant Bill was malicious with the intent to cause

injury to plaintiff. Defendant Bill violated plaintiff Anthony J. Cable rights under the sixth Amendment to the United States Constitution; Plaintiff had a right to have witnesses and evidence for his defense.

Respectfully submitted,

*Anthony J. Cable*
Anthony J. Cable

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Gregory O. Griffin, Sr.
    Chief Counsel
    Alabama Board of Pardons and Paroles
    P.O. Box 302405
    Montgomery, Al. 36130-2405

By placing same in the U.S. Mail, postage prepaid and properly addressed this 4th Day of January 2007.

*Anthony J. Cable*
Anthony J. Cable
Pro se