FILED
07 JAN 17 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ANTHONY J. CABLE

    Petitioner,

Vs                                                     CV-06-RDP-RRA-4788-NE

THE ALABAMA BOARD OF
PARDONS AND PAROLES, et al.,

    Respondents.

## RESPONSE TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    The petitioner, Anthony J. Cable wish to respond to the recommendation to transfer his Habeas Corpus pursuant to 28 U.S.C. Section 2254.

    Petitioner is not objecting to this honorable Magistrate Judge's recommendation. Petitioner asks the court to proceed on in the transferring of his Habeas Corpus petition in the above style case.

    Respectfully submitted this 12th day of January 2007.

                                                               Anthony J. Cable

A copy has been forwarded by way of U.S. mail to Legal Division for the (c/o Gregory O. Griffin, Sr.) Alabama Board of Pardons & Paroles P.O. Box 302405 Montgomery, Al. 36130-2405