# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, | } |
| Petitioner, | } |
| v. | } Case No.: 5:06-CV-4788-RDP-RRA |
| THE ALABAMA BOARD OF PARDONS AND PAROLES, et al., | } |
| Respondents. | } |

## ORDER

In accordance with the Memorandum Opinion entered this date, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this ___22nd___ day of January, 2007.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE