**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

RECEIVED
2007 FEB -8 A 9: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sharon N. Harris
Clerk

February 7, 2007

Attn: Debra P. Hackett
Clerk, United States District Court
     Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: 5:06-cv-4788-RDP

Dear Clerk:

In accordance with the memorandum opinion and order entered in this court on 1/22/2007, the above-entitled civil action is transferred to your court for further proceedings. Enclosed is a certified copy of the docket entries and a copy of the file on a disc in PDF format. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: /s/ Karen Dougan
     Deputy Clerk

PDM:ksp

Enclosures

HABEAS, TRANSFERRED OUT

# U.S. District Court
## Northern District of Alabama (Northeastern)
## CIVIL DOCKET FOR CASE #: 5:06-cv-04788-RDP-RRA
### Internal Use Only

RECEIVED 07 FEB 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Cable v. Alabama Board of Pardons and Paroles, et al | Date Filed: 11/30/2006 |
| Assigned to: Judge R David Proctor | Jury Demand: None |
| Referred to: Magistrate-Judge Robert R Armstrong | Nature of Suit: 530 Habeas Corpus (General) |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jurisdiction: Federal Question |

**Petitioner**

**Anthony J Cable**  represented by  **Anthony J Cable**
134917
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009
PRO SE

V.

**Respondent**

**Alabama Board of Pardons and Paroles**

**Respondent**

**Attorney General of the State of Alabama, The**

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2006 | 1 | PETITION for Writ of Habeas Corpus, filed by Anthony J Cable.(KSS, ) (Entered: 11/30/2006) |
| 12/04/2006 |  | Filing fee: $ 5.00, receipt number 200 231738 (KSS, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2 | ORDER-NOTICE OF DEFICIENT PLEADING that petitioner must correct deficient pleading within 30 days from |

| | | |
|---|---|---|
| | | entry of this order. Signed by Judge Robert R Armstrong on 12/4/2006. (KSS, ) (Entered: 12/04/2006) |
| 12/08/2006 | ●3 | AMENDMENT to 1 Petition for Writ of Habeas Corpus by Anthony J Cable. (KSS, ) (Entered: 12/11/2006) |
| 01/05/2007 | ●4 | MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus by Anthony J Cable. (KSS, ) (Entered: 01/08/2007) |
| 01/10/2007 | ●5 | REPORT AND RECOMMENDATION the mag judge recommends that this action be transferred to the USDC for the Middle District of Alabama, any party may file written objections to this report and recommendation within 15 days, Objections to R&R due by 1/20/2007. Signed by Judge Robert R Armstrong on 1/10/2007. (KSS, ) (Entered: 01/10/2007) |
| 01/17/2007 | ●6 | OBJECTION to 5 Report and Recommendations by Anthony J Cable. (KSS, ) (Entered: 01/17/2007) |
| 01/22/2007 | ●7 | MEMORANDUM OPINION. Signed by Judge R David Proctor on 1/22/2007. (KSS, ) (Entered: 01/22/2007) |
| 01/22/2007 | ●8 | ORDER in accordance with the memorandum opinion, the Clerk is directed to transfer this case to the USDC for the Middle District of Alabama, original electronic record and certified copy of docket entries will be mailed to Clerk of Court 10 business days from this date. Signed by Judge R David Proctor on 1/22/2007. (KSS, ) (Entered: 01/22/2007) |