IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTHONY J. CABLE, #134 917      *

    Petitioner,     *

       v.     *     2:07-CV-120-MEF

ALABAMA BOARD OF PARDONS     *
AND PAROLES, *et al.*,
                                            *

    Respondents.
_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Amend, it is

ORDERED that the motion (Doc. No. 4) be and is hereby GRANTED.

Done, this 9th day of February 2007.

                /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE