**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Gregory O. Griffin, Sr.
Alabama Board of Pardons & Paroles
P. O. Box 302405
Montgomery, AL 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Cornell Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
2/12/07

D. Is address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 2962 1409

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540