**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Troy King, Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 1393

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taylor_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
2/13/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Yolanda Todd_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name) _Yolanda Todd_   C. Date of Delivery 2-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

   Warden Billy Mitchem
   Limestone Correctional Facility
   28779 Nick Davis Road
   Harvest, AL 35749

   07cv120 Pet

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 1416

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540