**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ANTHONY J. CABLE** ) | |
|     **AIS # 134917** ) | |
|   **Petitioner,** ) | |
| ) | |
|     Vs. ) | CASE NO. CV-2:07-120MEF |
| ) | |
| **ALABAMA BOARD OF** ) | |
| **PARDONS & PAROLES, et .al.** ) | |
| ) | |
|   **Respondent.** ) | |

**MOTION FOR ENLARGEMENT**

Comes now the State of Alabama and its Board of Pardons and Paroles, and shows unto the Court as follows:

1) Respondents request an enlargement of 21 days to adequately prepare its response.

2) Said granting of additional time will not prejudice petitioner.

                                              Respectfully submitted,

                                              TROY KING
                                              ATTORNEY GENERAL

                                              GREGORY O. GRIFFIN, SR.
                                              CHIEF COUNSEL

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

**ANTHONY CABLE
AIS# 134917
1000 ST CLAIR RD
SPRINGVILLE, AL. 35146-5582**

Done this 1st day of March, 2007.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405

```
                    Montgomery, Alabama 36130
                    Telephone: (334) 242-8700
                    steve.sirmon@paroles.alabama.gov
```