IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTHONY J. CABLE, #134 917          *

    Petitioner,                              *

        v.                                        *        2:07-CV-120-MEF

ALABAMA BOARD OF PARDONS          *
AND PAROLES, *et al.*,
                                   *

    Respondents.
_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 14), is GRANTED; and

2. Respondents are GRANTED an extension from March 5, 2007 to Mach 26, 2007 to file their answer.

Done, this 2nd day of March 2007.

                          /s/ Wallace Capel, Jr.
                          WALLACE CAPEL, JR.
                          UNITED STATES MAGISTRATE JUDGE