IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTHONY J. CABLE, #134 917          *

    Petitioner,                                  *

        v.                                         *          2:07-CV-120-MEF

ALABAMA BOARD OF PARDONS      *
AND PAROLES, *et al.*,
                                                           *

    Respondents.
_____

**ORDER**

A review of the pleadings filed in this matter reflect that the instant application for habeas relief is more appropriately filed under the provisions of 28 U.S.C. § 2241. The Clerk, therefore, is DIRECTED to amend the court docket to reflect that this action is filed pursuant to 28 U.S.C. § 2241.

Done, this 8th day of March 2007.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE