UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY J. CABLE, #134917
    Petitioner,

V.

2:07-CV-120-MEF

ALABAMA BOARD OF PARDONS
AND PAROLES, et al.,
    Respondents.

## MOTION FOR PERMISSION TO FILE DEFAULT

Come now the petitioner in accordance to Court's order dated February 9,2007, which advised all parties that no motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the petition may be filed without permission of the court.

Petitioner now ask this Honorable Court to allow him to address the action of default of respondents in regards to order dated March 2,2007. "**Order on Motion**" Respondents were granted an extension after filing motion for extension of time.

The court order granted an extension from March 5,2007 to March 26,2007 to file their answer. Respondents fail to abide by this order. Therefore petitioner request permission to file motion for default.

Done this 29th day of March 2007.

Respectfully submitted, *[signature]*
Anthony J. Cable #134917

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of March 2007, I have mailed a copy of the foregoing by United States Mail, postage prepaid to:

Mr. Gregory O. Griffin, Sr.
Chief Counsel
Alabama Board of Pardons and Paroles
Legal Division
P.O. Box 302405
Montgomery, Alabama 36130-2405

Attorney General Office
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152

Anthony J. Cable

ANTHONY J. CABLE #134917
LIMESTONE C.F. K-59T
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

This correspondence is forwarded from
an Alabama ...
...
Department of ... content
responsible for the substance or content
of the enclosed communication.

LEGAL MAIL
CORRESPONDENCE

HUNTSVILLE / HVS
AL 358
03 APR 2007 PM 2 L



Clerk of Court
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
P.O. BOX 711
MONTGOMERY, AL 36101

36101+0711

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



ANTHONY J. CABLE, #134917
    Petitioner,

V.                                         2:07-CV-120-MEF

ALABAMA BOARD OF PARDONS
AND PAROLES, et al.,
    Respondents.

## MOTION FOR DEFAULT

Come now the petitioner and respectfully submits this motion for default judgment according to **Rule 55** of Rules of Civil Procedure.

On November 21, 2006, Petitioner filed a petition challenging the July 24, 2002 revocation of his parole. February 9, 2007 the court ordered respondents to answer petition. Respondents were given twenty days to answer petitioner's petition.

Respondents filed a motion for extension of time on March 2, 2007. Court granted motion and gave respondents an extension from March 5, 2007 to March 26, 2007 to file their answer.

Respondents are in default by failure to comply with the court order dated March 2, 2007. Petitioner declares that to this present date of this motion, respondents has not abided by the order to answer petition.

Under Rules of Civil Procedure, petitioner is entitled to such relief. Petitioner now request that respondents be declared in default and that petitioner's claim be considered true.

Petitioner respectfully asks the court to set a date for hearing in this matter at the earliest time available. Petitioner seeks the reinstatement of his parole, with all rights, privileges and security status he earned previously while on parole.

Done this 29th day of March 2007.

Respectfully submitted, *[signature]*
Anthony J. Cable #134917

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2007, I have mailed a copy of the foregoing by United States Mail, postage prepaid to:

Mr. Gregory O. Griffin, Sr.
Chief Counsel
Alabama Board of pardons and Paroles
Legal Division
P.O. Box 302405
Montgomery, Alabama 36130-2405

Attorney General Office
Criminal Division
11 South Union Street
Montgomery, Alabama 36130-0152

*[signature]*
Anthony J. Cable