IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.2:07cv120-MEF |
| | ) |
| ALABAMA BOARD OF PARDONS AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's "Motion for Permission to File Default" (Doc. No. 19), and as Respondents filed their answer to the § 2241 petition on March 26, 2007, it is ORDERED that the "Motion for Permission to File Default" be and is hereby DENIED.

Done this 6th day of April, 2007.

           /s/Wallace Capel, Jr.
           WALLACE CAPEL, JR.
           UNITED STATES MAGISTRATE JUDGE