IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:07cv120-MEF |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon consideration of the file in this case as well as the "Objection & Motion for Judgment and Sanctions" filed by Petitioner on April 20, 2007 (Doc. No. 23), in which Petitioner indicates, *inter alia*, that he has not received a copy of Respondents' answer to his petition for habeas corpus relief under 28 U.S.C. § 2241, it is

ORDERED that on or before May 1, 2007, Respondents shall provide Petitioner with a copy of their answer and all supporting documents at the following address:

Anthony J. Cable
AIS # 134917
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009.

Done this 23rd day of April, 2007.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE