IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY J. CABLE, #134917          )
                                  )
            Petitioner,           )
                                  )
      v.                          )        Civil Action No.2:07cv120-MEF
                                  )
ALABAMA BOARD OF PARDONS          )
AND PAROLES, *et al.*,            )
                                  )
            Respondents.          )

**O R D E R**

Upon review of the file in this case, and in light of the "Objection & Motion for

Judgment and Sanctions" filed by Petitioner on April 20, 2007 (Doc. No. 23), in which

Petitioner indicates that he has not received a copy of Respondents' answer to his petition

for habeas corpus relief under 28 U.S.C. § 2241,[1] it is

ORDERED that Petitioner be GRANTED an extension from April 25, 2007, to and

including May 16, 2007, to show cause why his federal habeas petition should not be denied

as it was not filed within the one-year period of limitation established by 28 U.S.C.

§ 2244(d)(1), as set forth in this court's order entered on April 4, 2007.

---

[1]By separate order entered this same date, Respondents have been ordered to provide
Petitioner with a copy of their answer and all supporting documents at his current address.

Done this 23rd day of April, 2007.


_____/s/Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE