IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.2:07cv120-MEF |
| | ) (WO) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the "Motion for Reconsideration & Evidentiary Hearing" filed by Petitioner on May 7, 2007 (Doc. No. 27), and for good cause, it is

**ORDERED** that on or before May 15, 2007, Respondents shall **(a)** show cause why they have failed to provide Petitioner with a copy of their answer and all supporting documents at his current address in compliance with the court's order entered on April 23, 2007, and **(b)** provide Petitioner with a copy of their answer and all supporting documents addressing his petition for habeas corpus relief.

It is further

**ORDERED** that Petitioner shall be granted an extension from May 16, 2007, to and including May 31, 2007, to show cause why his federal habeas petition should not be denied as it was not filed within the one-year period of limitation established by 28 U.S.C. § 2244(d)(1), as set forth in this court's order entered on April 4, 2007.

Done this 8th day of May, 2007.

                                                /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE