IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE ) | |
|     AIS # 134917 ) | |
|   Petitioner, ) | |
| ) | |
|     Vs. ) | CASE NO. CV-2:07-120MEF |
| ) | |
| ALABAMA BOARD OF ) | |
| PARDONS & PAROLES, et .al. ) | |
| ) | |
|   Respondent. ) | |

**RESPONDENT'S ANSWER TO SHOW CAUSE ORDER DATED 5/8/2007**

Comes now the State of Alabama and its Board of Pardons and Paroles, and shows unto the Court as follows:

1. Respondents, inadvertently, sent a copy of its Answer to Petitioner at 1000 St. Clair Road, Springville, Alabama, which was the address he had listed on a prior state case. Petitioner previously filed two state court actions challenging the revocation of his parole.

2. By order dated 4-23-07 the Court directed the Respondents to provide Petitioner with a copy of their answer and all supporting documents. In hast the Answer and supporting documents were resent.

1

   To my embarrassment it was sent to the same address, even with the Court listing the correct on its order.

3. Attorney for the Respondents apologizes to the Court for the inconvenience. There was no intent to deprive Petitioner, delay this case, or to frustrate the Court.

4. Respondents mailed Petitioner a copy of the Answer and supporting documents on 5-10-2007, to Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749, as listed the Court's order. See attached Certificate of Service.

5. Respondent's mistake that causes a delay in this case will not prejudice the Petitioner.

6. This writer takes full responsibility for the mistake and again apologizes to the Court.

                    Respectfully Submitted,

                    TROY KING
                    ATTORNEY GENERAL

                    GREGORY O. GRIFFIN, SR.
                    CHIEF COUNSEL

                                              s/STEVE SIRMON
                                              ASSISTANT ATTORNEY GENERAL
                                              State Bar#:  ASB-5949-S61S
                                              Ala. Bd. Pardons and Paroles
                                              301 South Ripley Street
                                              P.O. Box 302405
                                              Montgomery, Alabama 36130
                                              Telephone: (334) 242-8700
                                              steve.sirmon@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

                        **ANTHONY CABLE AIS# 134917**
                        **Limestone Correctional Facility**
                        **28779 Nick Davis Road**
                        **Harvest, Alabama 35749**

Done this 15th day of May, 2007.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE      ) | |
|     AIS # 134917      ) | |
|   Petitioner,      ) | |
|                     ) | |
|     Vs.      ) | CASE NO. CV-2:07-120MEF |
|                     ) | |
| ALABAMA BOARD OF      ) | |
| PARDONS & PAROLES, et .al.      ) | |
|                     ) | |
|   Respondent.      ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

        ANTHONY CABLE AIS# 134917
        Limestone Correctional Facility
        28779 Nick Davis Road
        Harvest, Alabama 35749

Done this 10th day of May, 2007.

```
                    Respectfully submitted,

                    s/STEVE SIRMON
                    ASSISTANT ATTORNEY GENERAL
                    State Bar#:  ASB-5949-S61S
                    Ala. Bd. Pardons and Paroles
                    301 South Ripley Street
                    P.O. Box 302405
                    Montgomery, Alabama 36130
                    Telephone: (334) 242-8700
                    steven.sirmon@paroles.alabama.gov
```