District Court of the United States
Middle District of Alabama
Northern Division

Anthony J. Cable,
   Petitioner

v.                                  Civil Action No. 2:07-CV-120-MEF

Alabama Board of Pardons
and Paroles, et al.,
   Respondents

## Notice

Come now petitioner, to notify the court that, on May 14, 2007, I received a copy of respondents answer. But respondents failed to comply with Doc. # 28-1 order:

"To show cause why they failed to provide petitioner with a copy."

Petitioner asks the court to address this matter as the court deems just and proper.

Done this 14th day of May 2007

Respectfully Submitted

Anthony J. Cable

Note: institutional law library is close for 17 days. Petitioner has to address matters by hand.

Certificate of Service

I hereby certify that I have served a copy of the foregoing by placing same in U.S. Mail, postage prepaid, and properly addressed as follows:

> Gregory O. Griffin, Sr.
> Alabama Board of Pardons and Paroles
> Legal Division
> Post Office Box 302405
> 500 Monroe Street
> Montgomery, Al. 36130-2405
>
> and
>
> Attorney General Office
> Criminal Appeals Division
> 11 South Union Street
> Montgomery, Al. 36130-0152

Anthony J. Cable #134917
Pro Se



Anthony J. Poole #134917
12779 Nick Davis Rd K-595
Harvest, Al. 35749

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Legal Mail

36101+0711