IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY J. CABLE
    Petitioner

V.                                           Civil Action No. 2:07-cv-120-MEF

ALABAMA BOARD OF PARDONS
AND PAROLES, et al.,
    Respondents

## RESPONSE

Petitioner received a copy of respondent's "cause why they failed to provide petitioner with a copy of their answer and all supporting documents".

Respondents make a claim that they sent this copy to 1000 St. Clair Road, which petitioner was not assigned to. This address the petitioner was transferred from April 27, 2006.

This is a shameful attempt by the respondents to in fact, cover up an act of disregard to the rights of this petitioner. Such delay did prejudice petitioner, and deprived him as well.

Petitioner supplied proper address on all motions and his initial habeas petition. It is clearly noted that petitioner began this process at this same prison address. Which is Limestone Correctional Facility, 28779 Nick Davis Road, Harvest Alabama 35749.

Respondent's actions were deliberate. With the intent to hinder and or deprive this petitioner of reasonable and proper due process. There is no excuse for the actions of respondents. Therefore, I respectfully ask the court to hold respondents accountable for their actions.

Petitioner wishes to point out one glaring fact. Any time mail is received at an institution that an inmate was previously assigned to, that mail will be forward to the proper institution that the inmate is assigned to. If counsel did make such a mistake, that mail would have been forward from 1000 St. Clair Road, which is St. Clair Correctional Facility, to the present address of petitioner.

Therefore, it can and should be concluded that respondents provided false information to this court, or for a better term, lied to this court. Respondents have made various attempts to avoid

answering the claims set out in this § 2244 federal habeas corpus petition. Respondents in previous court proceedings withheld information that was vital to petitioner's attempt to properly prosecute the violation of his constitutional rights.

For this cause, petitioner respectfully asks the court to allow this petition to proceed, and grant an evidentiary hearing, and order respondents to answer each claim in habeas petition.

Sworn to this 21st day of May 2007.

Respectfully submitted, *(signature)* Anthony J. Cable

## CERTIFICATE OF SERVICE

I hereby certify that on this day of May 21, 2007, I have mailed by United States Postal Service, postage prepaid to the following:

Gregory O. Griffin, Sr.
Alabama Board of Pardons and Paroles
Legal Division
Post Office Box 302405
500 Monroe Street
Montgomery, Al. 36130-2405

And

Attorney General Office
Criminal Appeals Division
11 South Union Street
Montgomery, Al. 36130-0152

Anthony J. Cable #134917
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Al. 35749-7009

HUNTSVILLE / HSV
AL 358  1T
22 MAY 2007 PM

ANTHONY J. CABLE #134917
LIMESTONE C.F. K-59T
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

Clerk of Court
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
P. O. BOX 711
MONTGOMERY, AL. 36101-0711

LEGAL MAIL
CORRESPONDENCE