IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 )  | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No.2:07cv120-MEF |
| ) | (WO) |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On April 16, 2007, the Magistrate Judge filed a Recommendation (Doc. #22) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED.

2. That Petitioner's motion for preliminary injunction is DENIED.

3. That this case be referred back to the Magistrate Judge for further proceedings.

Done this the 1st day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE