IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:07cv120-MEF |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

On April 12, 2007 (Doc. No. 21), the petitioner filed a pleading styled as a "Motion to Amend" his 28 U.S.C. § 2241 habeas petition. The court construes this pleading to contain a *motion to expand the record* to include exhibits in support of the petitioner's habeas petition. *See* Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*. Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion to expand the record* be and is hereby GRANTED.

Done this 21st day of June, 2007.

        /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE