IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:07cv120-MEF |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

On December 6, 2007 (Doc. No. 36), the petitioner filed a pleading styled as a "Motion to Amend Arguments/Issues in Regards to Equitable Tolling/Evidentiary Hearing/Extraordinary Circumstances." The court construes this pleading to be a "*motion to supplement*" with additional arguments in support of the claims in the 28 U.S.C. § 2241 habeas petition. For good cause shown, it is

ORDERED that the *motion to supplement* with additional arguments be and is hereby GRANTED.

Done this 8th day of February, 2008.

      /s/Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE