IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALABAMA BOARD OF PARDONS )<br>AND PAROLES, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.2:07cv120-MEF |

**ORDER ON MOTION**

Upon consideration of the motion for a hearing filed by the petitioner on May 29, 2008 (Doc No. 39), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The motion may be reconsidered if warranted by further developments in this case.

Done this 5th day of June, 2008.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE