IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, #134917 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.2:07cv120-MEF |
| | ) |
| ALABAMA BOARD OF PARDONS AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the "Motion for Reconsideration of Evidentiary Hearing/and Appointment of Counsel" filed by the petitioner on July 7, 2008 (Doc No. 43), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 8th day of July, 2008.

                                                     /s/Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE